# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| VARIANT HOLDINGS, LLC AND VARIANT, INC. | § § § | Civil Action No. 2:11-cv-00290 |
| v. | § § § | |
| Z RESORTS LLC D/B/A HOTEL ZAZA, ET AL. | § § | JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF READINESS FOR SCHEDULING CONFERENCE

Plaintiff Variant Holdings, LLC and Variant, Inc, respectfully notify the Court as follows:

1. This case has been on file since June 16, 2011. All Defendants have either answered, filed a motion to dismiss or have had default entered. Accordingly, this case is ready for a scheduling conference.

2. This case is related to *Variant Holdings, LLC and Variant, Inc. vs. Amerco et al.* Case No. 2:11-cv-422 (filed on September 15, 2011) and *Variant Holdings, LLC and Variant, Inc. vs. Hilton Hotels Holding et al.* Case No. 2:11-cv-427 (filed on September 15, 2011), both of which are also ready for scheduling conferences.

3. The patent at issue in this case and in the related cases is U.S. Patent No. 7,624,044 ("the '044 Patent").

June 26, 2012                                    Respectfully submitted,

                                                 /s/ John J. Edmonds
                                                 John J. Edmonds
                                                 Texas State Bar No. 00789758
                                                 Andrew P. Tower
                                                 Texas State Bar No. 00786291
                                                 COLLINS EDMONDS POGORZELSKI
                                                 SCHLATHER & TOWER, PLLC
                                                 1616 S. Voss Rd., Ste. 125
                                                 Houston, Texas 77057
                                                 Telephone: (281) 501-3425
                                                 Facsimile: (832) 415-2535
                                                 jedmonds@cepiplaw.com
                                                 atower@cepiplaw.com

                                                 Andrew W. Spangler
                                                 State Bar No. 24041960
                                                 Spangler & Fussell P.C.
                                                 208 N. Green Street, Suite 300
                                                 Longview, Texas 75601
                                                 (903) 753-9300
                                                 (903) 553-0403 (fax)
                                                 spangler@sfipfirm.com

                                                 ATTORNEYS FOR PLAINTIFF
                                                 VARIANT HOLDINGS, LLC AND VARIANT,
                                                 INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

June 26, 2012                                    /s/ John J. Edmonds
                                                 John J. Edmonds