IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VARIANT HOLDINGS, LLC AND VARIANT, INC.<br><br>*Plaintiffs,*<br><br>v.<br><br>Z RESORTS LLC D/B/A HOTEL ZAZA; Z RESORTS MANAGEMENT, L.L.C. D/B/A HOTEL ZAZA; Z RESORTS, INC. D/B/A HOTEL ZAZA; TRANSFORMATION 5701, L.P. DBA HOTEL ZAZA HOUSTON; GIVENS-RECORDS DEVELOPMENT, LTD D/B/A HOTEL ZAZA DALLAS; ESA P PORTFOLIO L.L.C. D/B/A EXTENDED STAY HOTELS; HVM, LLC D/B/A EXTENDED STAY HOTELS; EXTENDED STAY AMERICA, INC. D/B/A EXTENDED STAY HOTELS; NEXTAG, INC.; PRICE WATCH CORP.; ROSEWOOD HOTEL INVESTMENTS, INC.; ROSEWOOD HOTELS AND RESORTS, L.L.C.; RRCC, L.P. D/B/A ROSEWOOD CRESCENT HOTEL; ROSEWOOD PROPERTY COMPANY D/B/A ROSWOOD MANSION ON TURTLE CREEK; THE CARLYLE, LLC D/B/A THE CARLYLE, A ROSEWOOD HOTEL; STREETPRICES.COM, INC. D/B/A STREETPRICES.COM CORP. D/B/A STREETPRICES.COM; TANGLEWOOD RESORT PROPERTIES, INC. D/B/A TANGLEWOOD RESORT; TRAVELNET SOLUTIONS, INC. AND YELP! INC.<br><br>*Defendants.* | Civil Action No. 2:11-cv-00290-JRG<br><br><br><br><br><br>JURY TRIAL DEMANDED |

**DECLARATION OF MICHAEL STOPPELMAN**

**IN SUPPORT OF**

**<u>MOTION TO SEVER AND TRANSFER</u>**

I, Michael Stoppelman, declare as follows:

1. I am Vice President of Engineering at Yelp Inc. I have personal knowledge of the facts set forth herein, and if called upon to testify, I could and would testify to the statements made herein. I submit this declaration in support of Yelp's Renewed Motion to Sever and Transfer ("Yelp's Motion").

2. Yelp has no offices or employees in the Eastern District of Texas.

3. Yelp is headquartered in San Francisco, California. Yelp's management team is located in San Francisco, California, as is its financial staff.

4. The development of Yelp's website took place in San Francisco, California. All but two of Yelp's website engineers with responsibility for the Yelp.com website are located in San Francisco, California. The remaining two are located in Seattle, Washington.

5. Yelp's source code and technical documentation is located in San Francisco, California. No such documentation is located in the Eastern District of Texas.

6. It would be significantly more convenient for Yelp to litigate this matter in the Northern District of California.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on July 31, 2012 in San Francisco, California.

_____
Michael Stoppelman