# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| VARIANT HOLDINGS, LLC, et al.<br><br>v.<br><br>Z RESORTS LLC, et al. | NO. 2:11-CV-290-JRG<br>CONSOLIDATED<br><br>JURY TRIAL DEMANDED |
| VARIANT HOLDINGS, LLC, et al.<br><br>v.<br><br>AMERCO, et al. | NO. 2:11-CV-422-JRG<br>CONSOLIDATED<br><br>JURY TRIAL DEMANDED |
| VARIANT HOLDINGS, LLC, et al.<br><br>V.<br><br>HILTON HOTELS HOLDINGS; et al. | NO. 2:11-CV-427-JRG<br>CONSOLIDATED<br><br>JURY TRIAL DEMANDED |

## **ORDER**

Upon consideration of Defendants 1859-Historic Hotels, Ltd. and Gal-Tex Hotel Corp. ("1859/Gal-Tex"), Benchmark Hospitality International ("Benchmark"), and WECCR General Partnership ("WECCR") Unopposed Motion To Sever (the "Motion") and for good cause shown, IT IS HEREBY ORDERED that the Motion is GRANTED and that Variant Holdings, LLC's and Variant, Inc.'s (collectively, "Variant") claims against TravelClick's customers, 1859/Gal-Tex, Benchmark, and WECCR, are severed from this action. The Clerk hereby is directed to sever the claims against 1859/Gal-Tex, Benchmark, and WECCR into a separate cause of action.

**So ORDERED and SIGNED this 3rd day of April, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE