IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VARIANT HOLDINGS LLC, *ET. AL.*,<br><br>v.<br><br>Z RESORTS LLC, *ET AL*. | NO. 2:11-CV-290-JRG<br>CONSOLIDATED |
| VARIANT HOLDINGS, LLC, *ET AL*.,<br><br>v.<br><br>AMERCO, *ET AL*. | NO. 2:11-CV-422-JRG<br>CONSOLIDATED |
| VARIANT HOLDINGS, LLC, *ET AL*.,<br><br>V.<br><br>HILTON HOTELS HOLDINGS, *ET AL*. | NO. 2:11-CV-427-JRG<br>CONSOLIDATED |

## ORDER

CAME BEFORE THE COURT the Agreed Motion for Extension of Time filed by Plaintiff and Defendants.  Upon consideration of the Motion, the Court find there is good cause for the relief request.  Accordingly, the Court's Docket Control Order is hereby modified to extend the following deadlines:

| Item | New Deadline |
|---|---|
| *Deadline to File Letter Briefs re Dispositive Motions | April 30, 2013 |
| Serve Disclosures of Experts by Party with Burden of Proof | May 6, 2013 |
| Serve Disclosures for Rebuttal Expert Witnesses | June 4, 2013 |
| Deadline to Complete Expert Discovery | June 25, 2013 |
| *File Dispositive Motions or Daubert Motions | June 25, 2013 |

**So Ordered and Signed on this**

**Apr 4, 2013**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE