IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VARIANT HOLDINGS LLC, *ET. AL.*,<br><br>v.<br><br>Z RESORTS LLC, *ET AL.* | NO. 2:11-CV-290-JRG<br>CONSOLIDATED |
| VARIANT HOLDINGS, LLC, *ET AL.*,<br><br>v.<br><br>AMERCO, *ET AL.* | NO. 2:11-CV-422-JRG<br>CONSOLIDATED |
| VARIANT HOLDINGS, LLC, *ET AL.*,<br><br>V.<br><br>HILTON HOTELS HOLDINGS, *ET AL.* | NO. 2:11-CV-427-JRG<br>CONSOLIDATED |

## ORDER

CAME BEFORE THE COURT the Agreed Motion for Extension of Time filed by Plaintiff and Defendants. Upon consideration of the Motion, the Court find there is good cause for the relief request. Accordingly, the Court's Docket Control Order is hereby modified to extend the following deadline:

| Item | Current Deadline | New Deadline (Proposed) |
|---|---|---|
| Deadline to Complete Fact Discovery and File Motions to Compel Discovery | April 22, 2013 | May 9, 2013 |
| Deadline to File Motions to Compel Discovery | April 22, 2013 | May 16, 2013 |

**So ORDERED and SIGNED this 17th day of April, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE