UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **VARIANT HOLDINGS, LLC, et al.** | |
| v. | Civil Action No. 2:11-cv-290-JRG |
| **Z RESORTS LLC, et al.** | CONSOLIDATED CASE |

### JOINT MOTION TO STAY ALL DEADLINES AS TO LOEWS CORPORATION AND LOEWS HOTELS HOLDING CORPORATION

Plaintiffs Variant Holdings, LLC and Variant, Inc. (collectively, "Plaintiffs") and Defendants Loews Corporation and Loews Hotels Holding Corporation (collectively, "Loews"), by and through their undersigned counsel, file this Joint Motion to Stay All Deadlines as to Loews. The parties have reached a settlement in principle and are currently exchanging documentation relating to the settlement agreement. Accordingly, the parties respectfully request that the Court stay all proceedings, including deadlines, for 30 days in this case as between Plaintiffs and Loews, up to and including May 31, 2013. This limited extension of time is for good cause and so that justice may be served. All other deadlines as to the remaining defendants would remain unchanged.

A proposed order is attached.

Dated:  April 29, 2013

/s/ *John J. Edmonds*
*(with permission by Jennifer P. Ainsworth)*
John J. Edmonds – Lead Counsel
Texas Bar No. 789758
Stephen F. Schlather
Texas Bar No. 24007993
Joshua B. Long
Texas Bar No. 24078876
Johnathan K. Yazdani
COLLINS, EDMONDS, POGORZELSKI,
SCHLATHER & TOWER, PLLC
1616 S. Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
sschlather@cepiplaw.com
jlong@cepiplaw.com
jyazdani@cepiplaw.com

L. Charles van Cleef
Texas Bar No. 00786305
VAN CLEEF LAW OFFICE
P.O. Box 2432
Longview, Texas 75606-2432
Telephone: 903-248-8244
Facsimile: 903-248-8249
Charles@vancleef.pro

ATTORNEYS FOR PLAINTIFFS
VARIANT HOLDINGS, LLC AND
VARIANT, INC.

Respectfully submitted,

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
Texas Bar No. 00784720
Matthew T. Milam
Texas Bar No. 24065746
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
Telephone: 903-509-5000
Facsimile:  903-509-5092
jainsworth@wilsonlawfirm.com
mmilam@wilsonlawfirm.com

Richard L. Crisona
ABELMAN, FRAYNE & SCHWAB
666 Third Avenue
New York, New York 10017
Telephone:  212-949-9022
Facsimile:  212-949-9149
rlcrisona@lawabel.com

ATTORNEYS FOR DEFENDANTS LOEWS
CORPORATION AND LOEWS HOTELS
HOLDING CORPORATION

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3), on this the 29th day of April, 2013.

*/s/ Jennifer P. Ainsworth*
Jennifer Parker Ainsworth

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Loews Corporation and Loews Hotels Holding Corporation has complied with the meet and confer requirement in Local Rule CV-7(h) and as this is a joint motion it stands unopposed.

*/s/ Jennifer P. Ainsworth*
Jennifer Parker Ainsworth