**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **VARIANT HOLDINGS LLC, et al**<br><br>v.<br><br>**Z RESORTS LLC, et al.** | **NO. 2:11-CV-290-JRG<br>CONSOLIDATED** |
| **VARIANT HOLDINGS LLC, et al**<br><br>v.<br><br>**AMERCO, ET AL.** | **No. 2:11-CV-422-JRG<br>CONSOLIDATED** |
| **VARIANT HOLDINGS LLC, et al**<br><br>v.<br><br>**HILTON HOTELS HOLDINGS; et al.** | **No. 2:11-CV-427-JRG<br>CONSOLIDATED** |

**JOINT MOTION TO STAY PROCEEDINGS AS BETWEEN
PLAINTIFFS AND ENTERPRISE**

Plaintiffs Variant Holdings, LLC and Variant, Inc. ("Plaintiffs") and Defendant Enterprise Holdings, Inc. ("Enterprise") by and through their undersigned counsel, file this Joint Motion to Stay All Deadlines as between Plaintiffs and Enterprise. The parties have reached a settlement in principle and are currently exchanging documentation relating to the settlement agreement. Accordingly, the parties respectfully request that the Court stay all proceedings, including deadlines, for 30 days in this case as between Plaintiffs and Enterprise, up to and including May 31, 2013. This limited extension of time is for good cause and so that justice may be served. All other deadlines as to the remaining defendants would remain unchanged.

A proposed order is attached.

| | |
|---|---|
| Dated: May 2, 2013 | Respectfully submitted, |

/s/ *John J. Edmonds*
John J. Edmonds – Lead Counsel
Texas Bar No. 789758
Stephen F. Schlather
Texas Bar No. 24007993
Joshua B. Long
Texas Bar No. 24078876
Johnathan K. Yazdani
COLLINS, EDMONDS, POGORZELSKI,
SCHLATHER & TOWER, PLLC
1616 S. Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
sschlather@cepiplaw.com
jlong@cepiplaw.com
jyazdani@cepiplaw.com

L. Charles van Cleef
Texas Bar No. 00786305
VAN CLEEF LAW OFFICE
P.O. Box 2432
Longview, Texas 75606-2432
Telephone: 903-248-8244
Facsimile: 903-248-8249
Charles@vancleef.pro

ATTORNEYS FOR PLAINTIFFS
VARIANT HOLDINGS, LLC AND
VARIANT,
INC.

/s/ *John M. Guaragna*
John M. Guaragna, Esq.
Texas Bar No. 24043308
john.guaragna@dlapiper.com
DLA Piper LLP (US)
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
Telephone: 512-457-7000
Facsimile: 512-457-7001

Mark Mann
Texas Bar No. 12926150
The Mann Firm
300 West Main Street
Henderson, TX 75652
Phone (903)657-8540
Fax (903)657-6003
mm@themannfirm.com

ATTORNEYS FOR DEFENDANT
ENTERPRISE HOLDINGS, INC.

**CERTIFICATE OF CONFERENCE**

In compliance with Local Rule CV-7(h), I hereby certify counsel for Plaintiffs conferred with counsel for Enterprise, and that this is joint filing is agreed.

/s/ *John J. Edmonds*
John J. Edmonds

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 2, 2013.

/s/ *John J. Edmonds*
John J. Edmonds