IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VARIANT HOLDINGS LLC, *ET. AL.*, <br><br> v. <br><br> Z RESORTS LLC, *ET AL*. | NO. 2:11-CV-290-JRG <br> CONSOLIDATED |
| VARIANT HOLDINGS, LLC, *ET AL*., <br><br> v. <br><br> AMERCO, *ET AL*. | NO. 2:11-CV-422-JRG <br> CONSOLIDATED |
| VARIANT HOLDINGS, LLC, *ET AL*., <br><br> V. <br><br> HILTON HOTELS HOLDINGS, *ET AL*. | NO. 2:11-CV-427-JRG <br> CONSOLIDATED |

### ORDER

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiffs, VARIANT HOLDINGS, LLC and VARIANT, INC., and defendant, VALENCIA GROUP, INC. in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiffs and defendant, VALENCIA GROUP, INC., are hereby dismissed with prejudice.

It is further ORDERED that all costs, expenses and attorney's fees are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 8th day of May, 2013.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE