**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **VARIANT HOLDINGS LLC, et al** <br><br> v. <br><br> **Z RESORTS LLC, et al.** | **NO. 2:11-CV-290-JRG** <br> **CONSOLIDATED** |
| **VARIANT HOLDINGS LLC, et al** <br><br> v. <br><br> **AMERCO, ET AL.** | **No. 2:11-CV-422-JRG** <br> **CONSOLIDATED** |
| **VARIANT HOLDINGS LLC, et al** <br><br> v. <br><br> **HILTON HOTELS HOLDINGS; et al.** | **No. 2:11-CV-427-JRG** <br> **CONSOLIDATED** |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The plaintiffs, VARIANT HOLDINGS, LLC and VARIANT, INC., and the Hyatt defendants, Hyatt Corporation, Hyatt Hotels Corporation, Hyatt Hotels Management Corporation, Hyatt Place Franchising LLC, and Select Hotels Group LLC, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action asserted between them WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

Dated: May 16, 2013

Respectfully submitted,

| | |
|---|---|
| /s/ *John J. Edmonds* | /s/ *Laura Beth Miller* |
| John J. Edmonds – Lead Counsel | Laura Beth Miller (Admitted *Pro Hac Vice*) |
| Texas Bar No. 789758 | Illinois Bar No.: 6191408 |
| Stephen F. Schlather | *lmiller@brinkshofer.com* |
| Texas Bar No. 24007993 | David P. Lindner (Admitted *Pro Hac Vice*) |
| Joshua B. Long | Illinois Bar No.: 6283382 |
| Texas Bar No. 24078876 | *dlindner@brinkshofer.com* |
| Johnathan K. Yazdani | Joseph S. Hanasz (Admitted *Pro Hac Vice*) |
| Texas Bar No. 24079616 | Illinois Bar No.: 6292951 |
| COLLINS, EDMONDS, POGORZELSKI, | *jhanasz@brinkshofer.com* |
| SCHLATHER & TOWER, PLLC | Angela K. Hsieh (Admitted *Pro Hac Vice*) |

| | |
|---|---|
| 1616 S. Voss Road, Suite 125 | Illinois Bar No.: 6309278 |
| Houston, Texas 77057 | *ahsieh@brinkshofer.com* |
| Telephone: (281) 501-3425 | BRINKS HOFER GILSON & LIONE |
| Facsimile: (832) 415-2535 | NBC Tower – Suite 3600 |
| jedmonds@cepiplaw.com | 455 N. Cityfront Plaza Dr. |
| sschlather@cepiplaw.com | Chicago, Illinois 60611 |
| jlong@cepiplaw.com | Telephone: (312) 321-4200 |
| jyazdani@cepiplaw.com | Facsimile: (312) 321-4299 |
| | |
| L. Charles van Cleef | ATTORNEYS FOR DEFENDANTS |
| Texas Bar No. 00786305 | HYATT CORPORATION, HYATT HOTELS |
| VAN CLEEF LAW OFFICE | CORPORATION, HYATT HOTELS |
| P.O. Box 2432 | MANAGEMENT CORPORATION, HYATT |
| Longview, Texas 75606-2432 | PLACE FRANCHISING, L.L.C., AND SELECT |
| Telephone: 903-248-8244 | HOTELS GROUP, L.L. |
| Facsimile: 903-248-8249 | |
| Charles@vancleef.pro | |

ATTORNEYS FOR PLAINTIFFS
VARIANT HOLDINGS, LLC AND
VARIANT, INC.

## **CERTIFICATE OF CONFERENCE**

In compliance with Local Rule CV-7(h), I hereby certify counsel for Plaintiffs conferred with

counsel for HYATT, and that this is joint filing is agreed.

/s/ *John J. Edmonds*
John J. Edmonds

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 16, 2013.

/s/ *John J. Edmonds*
John J. Edmonds