IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VARIANT HOLDINGS LLC, *ET. AL.*,<br><br>v.<br><br>Z RESORTS LLC, *ET AL.* | NO. 2:11-CV-290-JRG<br>CONSOLIDATED |
| VARIANT HOLDINGS, LLC, *ET AL.*,<br><br>v.<br><br>AMERCO, *ET AL.* | NO. 2:11-CV-422-JRG<br>CONSOLIDATED |
| VARIANT HOLDINGS, LLC, *ET AL.*,<br><br>V.<br><br>HILTON HOTELS HOLDINGS, *ET AL.* | NO. 2:11-CV-427-JRG<br>CONSOLIDATED |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The Plaintiffs, VARIANT HOLDINGS, LLC and VARIANT, INC., and Defendants
BAYMONT FRANCHISE SYSTEMS, INC. D/B/A BAYMONT INN & SUITES; DAYS INNS
WORLDWIDE, INC.; HOWARD JOHNSON INTERNATIONAL, INC.; RAMADA
WORLDWIDE INC.; WINGATE INNS INTERNATIONAL, INC.; WYNDHAM HOTEL
GROUP, LLC; WYNDHAM HOTELS AND RESORTS, LLC; WYNDHAM VACATION
RESORTS, INC.; WYNDHAM WORLDWIDE CORPORATION; HAWTHORN SUITES
FRANCHISING, INC.; KNIGHTS FRANCHISE SYSTEMS, INC. D/B/A KNIGHTS INN;
MICROTEL INNS AND SUITES FRANCHISING, INC. D/B/A MICROTEL INNS AND
SUITES; SUPER 8 WORLDWIDE, INC.; TRAVELODGE HOTELS, INC.; TRYP HOTELS
WORLDWIDE, INC.; and U.S. FRANCHISE SYSTEMS, INC. (collectively, the "WYNDHAM
DEFENDANTS"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order

dismissing all claims and counterclaims in this action asserted between them WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

July 29, 2013                                        Respectfully submitted,

/s/ *David M. Stein*                                 /s/ *John J Edmonds*
David M. Stein (Lead Attorney)                       John J. Edmonds – LEAD COUNSEL
Texas State Bar No. 00797494                         Texas Bar No. 789758
AKIN GUMP STRAUSS HAUER &                            Steve Schlather
FELD LLP                                             Texas Bar No. 24007993
633 West Fifth Street, Suite 5000                    COLLINS, EDMONDS POGORZELSKI,
Los Angeles, CA 90071                                SCHLATHER & TOWER, PLLC
Telephone: 213.254.1200                              1616 S. Voss Rd., Suite 125
Facsimile: 213.254.1201                              Houston, Texas 77057
dstein@akingump.com                                  Telephone: (281) 501-3425
Charles Everingham, IV                               Facsimile: (832) 415-2535
Texas State Bar No. 00787447                         jedmonds@cepiplaw.com
AKIN GUMP STRAUSS HAUER &                            sschlather@cepiplaw.com
FELD LLP
911 West Loop 281                                    ATTORNEYS FOR PLAINTIFF
Suite 211-40                                         VARIANT  LLC
Longview, Texas 75604
Telephone: 903.297.7404
Facsimile: 903.297.740
ceveringham@akingump.com

Kellie M. Johnson
Texas State Bar No. 24070003
AKIN GUMP STRAUSS HAUER &
FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201
Telephone: 214.969.2800
Facsimile: 214.969.4343
kmjohnson@akingump.com

J. Thad Heartfield
Texas Bar No. 09346800
M. Dru Montgomery
Texas Bar No. 24010800
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Phone: (409) 866-3318

Fax: (409) 866-5789
thad@jth-law.com
dru@jth-law.com

ATTORNEYS FOR DEFENDANT OMNI
HOTELS MANAGEMENT CORP.

**CERTIFICATE OF SERVICE**

       I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

July 29, 2013                              /s/ *John J. Edmonds*
                                         John J. Edmonds