IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VARIANT HOLDINGS LLC, *ET. AL.*, <br><br> v. <br><br> Z RESORTS LLC, *ET AL.* | NO. 2:11-CV-290-JRG <br> CONSOLIDATED |
| VARIANT HOLDINGS, LLC, *ET AL.*, <br><br> v. <br><br> AMERCO, *ET AL.* | NO. 2:11-CV-422-JRG <br> CONSOLIDATED |
| VARIANT HOLDINGS, LLC, *ET AL.*, <br><br> V. <br><br> HILTON HOTELS HOLDINGS, *ET AL.* | NO. 2:11-CV-427-JRG <br> CONSOLIDATED |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The plaintiffs, VARIANT HOLDINGS, LLC and VARIANT, INC., and defendants, HILTON HOTELS HOLDINGS, LLC; HILTON GLOBAL HOLDINGS LLC, HILTON WORLDWIDE HOLDINGS, INC.; HILTON WORLDWIDE, INC. F/K/A HILTON HOTELS CORP. D/B/A CONRAD HOTELS & RESORTS D/B/A DOUBLETREE BY HILTON D/B/A EMBASSY SUITES HOTELS D/B/A HAMPTON INN D/B/A HAMPTON INN & SUITES D/B/A HILTON HOTELS & RESORTS D/B/A HILTON GARDEN INN D/B/A HOME2 SUITES BY HILTON D/B/A HOMEWOOD SUITES BY HILTON D/B/A WALDORF ASTORIA HOTELS & RESORTS D/B/A HILTON GRAND VACATIONS (collectively "the Hilton Defendants"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action asserted between them WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

| | |
|---|---|
| August 9, 2013 | Respectfully submitted, |

/s/ *David M. Stein*  
David M. Stein (Lead Attorney)  
Texas State Bar No. 00797494  
**AKIN GUMP STRAUSS HAUER & FELD LLP**  
633 West Fifth Street, Suite 5000  
Los Angeles, CA 90071  
Telephone: 213.254.1200  
Facsimile: 213.254.1201  
dstein@akingump.com  
Charles Everingham, IV  
Texas State Bar No. 00787447  
**AKIN GUMP STRAUSS HAUER & FELD LLP**  
911 West Loop 281  
Suite 211-40  
Longview, Texas 75604  
Telephone: 903.297.7404  
Facsimile: 903.297.740  
ceveringham@akingump.com  
Kellie M. Johnson  
Texas State Bar No. 24070003  
**AKIN GUMP STRAUSS HAUER & FELD LLP**  
1700 Pacific Avenue, Suite 4100  
Dallas, TX 75201  
Telephone: 214.969.2800  
Facsimile: 214.969.4343  
kmjohnson@akingump.com  
J. Thad Heartfield  
Texas Bar No. 09346800  
M. Dru Montgomery  
Texas Bar No. 24010800  
**THE HEARTFIELD LAW FIRM**  
2195 Dowlen Road  
Beaumont, Texas 77706  
Phone: (409) 866-3318  
Fax: (409) 866-5789  
thad@jth-law.com  
dru@jth-law.com  

ATTORNEYS FOR DEFENDANTS  
HILTON

/s/ *John J Edmonds*  
John J. Edmonds – LEAD COUNSEL  
Texas Bar No. 789758  
Steve Schlather  
Texas Bar No. 24007993  
COLLINS, EDMONDS POGORZELSKI, SCHLATHER & TOWER, PLLC  
1616 S. Voss Rd., Suite 125  
Houston, Texas 77057  
Telephone: (281) 501-3425  
Facsimile: (832) 415-2535  
jedmonds@cepiplaw.com  
sschlather@cepiplaw.com  

ATTORNEYS FOR PLAINTIFF  
VARIANT  LLC

HOTELS HOLDINGS, LLC; HILTON GLOBAL
HOLDINGS LLC, HILTON WORLDWIDE
HOLDINGS, INC.; HILTON WORLDWIDE, INC.
F/K/A HILTON HOTELS CORP. D/B/A CONRAD
HOTELS & RESORTS D/B/A DOUBLETREE BY
HILTON D/B/A EMBASSY SUITES HOTELS
D/B/A HAMPTON INN D/B/A HAMPTON INN &
SUITES D/B/A HILTON HOTELS & RESORTS
D/B/A HILTON GARDEN INN D/B/A HOME2
SUITES BY HILTON D/B/A HOMEWOOD
SUITES BY HILTON D/B/A WALDORF
ASTORIA HOTELS & RESORTS D/B/A HILTON
GRAND VACATIONS

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

August 9, 2013                                                           /s/ *John J. Edmonds*
                                                                             John J. Edmonds